*IN THE UNITED STATES DISTRICT COURT*
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

VICTORIA MARIE PHILLIPS                                                              PLAINTIFF

v.                                    NO: 4:18CV00281 SWW

ARKANSAS DEPARTMENT OF PARKS AND TOURISM                    DEFENDANT

## ORDER

The Court has determined that the trial in this matter currently scheduled for July 8, 2019, should be continued until the Court has ruled on the pending motion for summary judgment in this case.

IT IS THEREFORE ORDERED that the trial in this matter is continued and a new trial date will be scheduled, if necessary, once the motion has been resolved.

DATED this 18th day of June 2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE