IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| VICTORIA MARIE PHILLIPS  PLAINTIFF | * * |
| V. | * * |
| ARKANSAS DEPARTMENT OF PARKS AND TOURISM  DEFENDANT | *   CASE NO. 4:18CV00281 SWW * * |

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 3RD DAY OF DECEMBER, 2019.

<u>Susan Webber Wright</u>
UNITED STATES DISTRICT JUDGE